

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00296-CV

---

David J. Alarid, Appellant

v.

Russell J. Chalk, Trustee, Appellee

---

On Appeal from the County Court at Law No. 2
Travis County, Texas
Trial Court No. C-1-CV-25-004725

---

## MEMORANDUM OPINION[1]

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant's brief was due on April 29, 2026. Tex. R. App. P. 38.6(a). On May 6, 2026, the Clerk of this Court notified Appellant that the deadline within which to file his brief had passed, and the appeal would be subject to dismissal for want of prosecution if no brief accompanied by a

---

[1] This case was transferred from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. Tex. Gov't Code § 73.001. We follow the precedent of the Third Court of Appeals to the extent it might conflict with our own. Tex. R. App. P. 41.3.

motion for extension was filed by May 16, 2026. *See* Tex. R. App. P. 38.8(a)(1) (authorizing an appellate court to dismiss a civil appeal for want of prosecution if no appellant's brief is filed).

As of this date, Appellant has filed neither a brief nor a motion for an extension of time to file his brief. Accordingly, we dismiss this appeal for want of prosecution.[2] Tex. R. App. P. 38.8(a)(1), 42.3(b). All pending motions are denied.

LISA J. SOTO, Justice

May 28, 2026

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.

---

[2] Although Alarid filed a notice informing this Court that he has filed a petition for writ of mandamus in the Texas Supreme Court, that fact remains that he has neither filed his appellant's brief nor a motion for extension of time to file said brief, in response to our May 6, 2026 notice.